IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2284-JLK**

**DOUGLAS R. OBERHAMER,**

      Plaintiff,

v.

**DEEP ROCK WATER CO., a Delaware corporation,**
**MILE-HI DR ACQUISITION, LLC., a Delaware corporation,**
**MILE-HI DEEP ROCK HOLDINGS, LLC, a Delaware corporation, and**
**JOHN THOMSON, an individual,**

      Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

With apologies for the delay in ruling, the Unopposed Motion for Entry of Stipulated Protective Order (doc. #11), filed April 25, 2007, DENIED with leave to re-file. The proposed order does not conform to Judge Kane's standard form of protective order which can be found on the court's website at www.cod.uscourts.gov. under Judicial Officer's Procedures.

Dated:  November 1, 2007