IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2284-JLK**

**DOUGLAS R. OBERHAMER,**

    Plaintiff,
v.

**DEEP ROCK WATER CO., a Delaware corporation,**
**MILE-HI DR ACQUISITION, LLC., a Delaware corporation,**
**MILE-HI DEEP ROCK HOLDINGS, LLC, a Delaware corporation, and**
**JOHN THOMSON, an individual,**

    Defendant.

---

**ORDER**

---

Kane, J.

In light of the parties' Notice of Dismissal of certain Defendants in this action pursuant to Fed. R. Civ. P. 41(a)(1) (Doc. 36), filed April 3, 2008, IT IS ORDERED that Plaintiff's claims against John Thomson and Mile Hi Dr Acquisition, LLC, are DISMISSED, without prejudice, with each party responsible for its own attorney fees and costs. Plaintiff's claims against the remaining Defendants shall continue, and the caption is amended to reflect that the sole remaining Defendants in this action are Deep Rock Water, Co. and Mile-Hi Deep Rock Holdings, LLC .

Dated: May 1, 2008, *nunc pro tunc* to April 3, 2008.

                                                      **s/John L. Kane**
                                                      SENIOR U.S. DISTRICT JUDGE