# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge John L. Kane

Date:  October 30, 2009                                   Deputy Clerk: Bernique Abiakam
                                                          Court Reporter: Gwen Daniel

---

Criminal Action No.: 06-cv-02284-JLK

DOUGLAS R. OBERHAMER,                       Katrin M. Rothgery

       Plaintiff,

v.

DEEP ROCK WATER CO.,                        Brett C. Painter
                                            Kristi a. Walton

       Defendant.

---

## COURTROOM MINUTES

**Final Trial Preparation Conference**

**2:02 p.m.     Court in session.**

Court calls case.

Preliminary remarks by the Court.

2:03 p.m.     Argument by Mr. Painter.

2:16 p.m.     Argument by Ms. Rothgery.

**ORDERED:  Defendant's Motion In Limine Regarding Evidence Of Plaintiff's Relocation And Job Search Expenses (Filed 10/07/09; Doc. No. 95) is GRANTED.**

2:20 p.m.     Argument by Mr. Painter.

2:34 p.m.     Argument by Ms. Rothgery.

**ORDERED:  Defendant's Motion In Limine Regarding Evidence Of Plaintiff's Investment In Deep Rock (Filed 10/07/09; Doc. No. 96) is DENIED.**

Discussion regarding deposition designations.

*06-cv-02284-JLK*
*Final Trial Preparation Conference*
*October 30, 2009*

The Court admonishes counsel regarding trial exhibits and stipulations.

**ORDERED:   A further Final Trial Preparation Conference is set November 4, 2009 at 10:00 a.m.**

**2:48 p.m.     Court in recess.**
Hearing concluded.
Time in court - 00:46

2