IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No.: 06–cv–02284–JLK-MJW

DOUGLAS R. OBERHAMER

    Plaintiff,

v.

DEEP ROCK WATER CO., a Delaware corporation,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS
---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 19th day of November, 2009.

BY THE COURT:

John L. Kane, Senior Judge

Counsel for Plaintiff      Counsel for Defendant