**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  February 18, 2010                         Deputy Clerk: LaDonne Bush
                                                 Court Reporter: Darlene Martinez

---

Civil Action No. 06-cv-02284-JLK-MJW

DOUGLAS R. OBERHAMER,                             Katrin M. Rothgery
                                                 James D. Kilroy

      Plaintiff,

v.

DEEP ROCK WATER CO., a Delaware                  Kristi A. Walton
corporation,                                     Brett C. Painter

      Defendant.

---

## COURTROOM MINUTES

---

Oral Argument on Plaintiff's Motion for Award of Attorneys' Fees

10:10 a.m.     Court in session.

Argument by Ms. Rothgery and Ms. Walton.

**ORDERED**:   Plaintiff's Motion for Award of Attorneys' Fees (Doc. 129) is granted in part as
               set forth on the record.  The amount of the award is reserved until such time
               as Plaintiff notifies the Court that the parties are ready for a hearing or that
               the parties have agreed upon an amount.

10:25 a.m.     Court in recess.

Hearing concluded.
Time: 00:15