IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. 06-cv-02284-JLK-MJW

DOUGLAS R. OBERHAMER,

      Plaintiff,

v.

DEEP ROCK WATER CO., a Delaware corporation,

      Defendant.

_____

## MINUTE ORDER
_____

Hon. John L. Kane ORDERS

      Defendant's Unopposed Motion for Leave for Thomas Schwein to Present Testimony by Telephone at April 21, 2010 Hearing (doc. #176), filed April 12, 2010, is **GRANTED**. Thomas Schwein shall be permitted to present testimony by telephone at the April 21, 2010 hearing on Plaintiff's Motion for Award for Attorneys Fees.

Dated: April 14, 2010