IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. 06-cv-02284-JLK-MJW

DOUGLAS R. OBERHAMER,

    Plaintiff,

v.

DEEP ROCK WATER CO., a Delaware corporation,

    Defendant.

---

## ORDER GRANTING MOTION FOR WITHDRAWAL ( Docket No 199 )

---

The Court, having reviewed counsel Katrin Miller Rothgery's Motion for Withdrawal and being fully apprised in the premises;

HEREBY GRANTS the Motion for Withdrawal; and

ORDERS counsel Katrin Miller Rothgery be withdrawn as counsel of record for Plaintiffs. (*)

Dated: July 22, 2010    BY THE COURT

(*) The Clerk of Court shall Remove Attorney Katrin Miller Rothgery from the CM/ECF Electronic Notice List.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

11774287.1